IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RECON ROOFING AND CONSTRUCTION, LLC., <br><br>            Plaintiff,<br><br>    vs.<br><br>PINNACLE BANK,<br><br>            Defendant/Third-Party Plaintiff,<br><br>    vs.<br><br>JOHN R. RISLEY and TICKET BOOTH SALES, LLC,<br><br>            Third-Party Defendants. | **8:21CV168**<br><br>**ORDER** |

This matter comes before the Court on the Joint Stipulation to Dismiss Defendant Pinnacle Bank (Filing No. 36). Just cause for the Motion being demonstrated, the Court finds that Stipulated Motion to Dismiss Defendant Pinnacle Bank, should be granted.

IT IS THEREFORE ORDERED that the action between Plaintiff, Recon Roofing and Construction, LLC, and Defendant, Pinnacle Bank, be dismissed from the above captioned matter with prejudice with each party to bear their own costs and fees. Pinnacle Bank's claims against third-party defendants, John R. Risley and Ticket Booth Sales, LLC, remain in this action.

Dated this 19th day of May, 2022.

                                                    BY THE COURT:

                                                    s/ Joseph F. Bataillon
                                                    Senior United States District Judge